IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DENNIS DEMITRO,

    Petitioner,

-vs-

BRAD ROBERTS,

    Respondent.                            No. 13-cv-394-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order Dismissing case (Doc. 26), Respondent's Motion to Dismiss Petitioner's Petition for Writ of Habeas Corpus as Untimely (Doc. 20) is **GRANTED** and this action is **DISMISSED** with prejudice.

                                          NANCY J. ROSENSTENGEL,
                                          CLERK OF COURT


                                          BY:  *s/Sara Jennings*
                                                  Deputy Clerk

**DATED:** February 4, 2014

Digitally signed by David R. Herndon
Date: 2014.02.04 14:51:33 -06'00'

**APPROVED:**
    CHIEF JUDGE
    U. S. DISTRICT COURT